# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:14-cv-02748-CBS

KEN E. VAIRO, an Illinois Citizen, and
KEN C. VAIRO, an Illinois Citizen,

                Plaintiffs,

v.

NARCONON FRESH START d/b/a A Life Worth Saving, Inc., ASSOCIATION FOR BETTER LIVING AND EDUCATION INTERNATIONAL; NARCONON INTERNATIONAL; and NARCONON WESTERN UNITED STATES,

                Defendants.

_____

## NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)
_____

Plaintiffs Ken E. Vairo Senior and Ken C. Vairo Junior hereby provide notice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) of their voluntary dismissal of this case without prejudice.

DATED this 23rd day March, 2015.   Respectfully submitted,
                                            By: __/s/ Ryan A. Hamilton_____

                                                RYAN A. HAMILTON, ESQ.
                                                NV BAR NO. 11587
                                                HAMILTON LAW
                                                5125 S. Durango Dr., Ste. C
                                                Las Vegas, NV 89113
                                                (702) 818-1818
                                                (702) 974-1139
                                                *Attorney for Plaintiffs*