IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-02748-CBS

KEN E. VAIRO, an Illinois Citizen, and
KEN C. VAIRO, an Illinois Citizen,
    Plaintiffs,
v.

NARCONON FRESH START d/b/a A Life Worth Saving, Inc.,
ASSOCIATION FOR BETTER LIVING AND EDUCATION INTERNATIONAL;
NARCONON INTERNATIONAL; and
NARCONON WESTERN UNITED STATES,
    Defendants.

_____

## ORDER
_____

Magistrate Judge Craig B. Shaffer

    Upon the filing of Plaintiffs' Notice of Voluntary Dismissal Pursuant to F.R.C.P. 41(a)(1)(A)(i) (filed March 23, 2015) (Doc. # 14), this civil action is dismissed without prejudice and all dates and deadlines are vacated.

    DATED at Denver, Colorado, this 23rd day of March, 2015.

                                          BY THE COURT:

                                          s/Craig B. Shaffer
                                          United States Magistrate Judge